# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ACADEMY EXPRESS, LLC,**<br><br>    Plaintiff,<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>    Defendant. | Case No. 1:20-cv-01374 |

## PLAINTIFF'S LCvR 26.1 DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Plaintiff, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Academy Express, LLC which have any outstanding securities in the hands of the public.

None.

These representations are made in order that judges of this Court may determine the need for recusal.

Date: May 22, 2020

Respectfully submitted,

*/s/ Daniel I. Prywes*
Daniel I. Prywes (D.C. Bar No. 342394)
Andrew Mohr (D.C. Bar No. 334292)
MORRIS, MANNING & MARTIN, LLP
1401 Eye Street, NW, Suite 600
Washington, D.C. 20005
Phone: (202) 971-4182
Fax:    (202) 408-5146
dprywes@mmmlaw.com
amohr@mmmlaw.com

*Attorneys for Plaintiff*
*Academy Express, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2020, I caused the foregoing to be served upon the following by electronic mail and by first-class mail:

>Office of General Counsel
>Attn: Jon B. Crocker, Esq.
>WMATA
>600 Fifth Street, NW
>Washington, DC 20001
>JBCrocker@wmata.com
>
>*Attorney for Defendant WMATA*

>*/s/ Daniel I. Prywes*
>Daniel I. Prywes