# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Academy Express, LLC**

**Plaintiff**

Case No.: 1:20-cv-01374-RC

vs.

**Washington Metropolitan Area Transit Authority**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons in a Civil Action, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Verified Complaint for Injunctive and Declaratory Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 05/26/2020 at 3:33 PM, I served Washington Metropolitan Area Transit Authority c/o Attison Barnes III, Esquire at Wiley Rein, 1776 K Street. NW, Washington, DC 20006 with the Summons in a Civil Action, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, and Verified Complaint for Injunctive and Declaratory Relief with Exhibits by serving Ronnie Griffin, Designated Agent, authorized to accept service.

Ronnie Griffin is described herein as:

Gender: Male   Race/Skin: Black   Age: 72   Weight: 160   Height: 5'8"   Hair: Gray   Glasses: Yes

I declare under penalty of perjury that this information is true and correct.

5/28/2020
Executed On

Ambiko Wallace

Client Ref Number: 33970/136653
Job #: 1578094

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Academy Express, LLC

*Plaintiff(s)*

v.

Washingtion Metropolitan Area Transit Authority

*Defendant(s)*

Civil Action No. 20-cv-1374-RC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel I. Prywes
Andrew J. Mohr
Morris, Manning & Martin, LLP
1401 Eye Street N.W., Suite #600
Washington, D.C.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 05/22/2020

/s/ Mariela Cruz
*Signature of Clerk or Deputy Clerk*