# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Academy Express, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-01374-RC |
| Washington Metropolitan Area Transit Authority | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant-Intervenor Transporation Management Services, Inc.

Date: 06/05/2020

/s/ Paul R. Hurst
*Attorney's signature*

Paul R. Hurst D.C. Bar No. 454757
*Printed name and bar number*

Steptoe & Johnson LLP
1330 Connecticut Avenue NW
Washington, DC 20036
*Address*

phurst@steptoe.com
*E-mail address*

(202) 429-8089
*Telephone number*

(202) 429-3902
*FAX number*