IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ACADEMY EXPRESS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br><br> Defendant, <br><br> v. <br><br> TRANSPORTATION MANAGEMENT SERVICES, INC. <br><br> Intervenor-Defendant. | Civil Action No.: 1:20-cv-01374-RC |

DISCLOSURE OF CORPORATE AFFILIATIONS
AND FINANCIAL INTERESTS PURSUANT TO LCvR 26.1

This Certificate is submitted as required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia.

I, the undersigned, counsel of record for proposed Intervenor-Defendant Transportation Management Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Transportation Management Services, Inc. which have any outstanding securities in the hands of the public: <u>None.</u>

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted,

/s/ Paul R. Hurst
Paul R. Hurst (D.C. Bar No. 454757)
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

1

Telephone: (202) 429-8089
Facsimile: (202) 429-3902
Email: phurst@steptoe.com

Dated: June 5, 2020

*Attorney of Record for Transportation Management Services, Inc.*